229 So.2d 113

**Louis BARTHELEMY, Sr. and Joseph Duchane**

v.

**PHOENIX INSURANCE COMPANY et al.**

No. 50191.

Dec. 19, 1969.

In re: Louis Barthelemy, Sr. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 226 So.2d 603.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

229 So.2d 113

**Charles E. and Martha F. WATERS**

v.

**PHARR BROS., INC., et al.**

No. 50201.

Dec. 19, 1969.

In re: Charles E. Waters and Martha F. Waters applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 228 So.2d 91.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.